Hearing Date:"Lwpg"37."4233
Hearing Time:"32<22"c0b 0
Location: 219 S. Dearborn St., Courtroom"966
Chicago, IL 60604

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | |
|---|---|
| In re: | § """"""""Ej cr vgt "9 |
| | § |
| KOBYLINSKI, THOMAS V. | § Case No. 09-26182 |
| | § |
| Debtor | """§""""""""J qp0Gwi gpg"T0Y gf qhh |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

       Funds were disbursed in the following amounts:

       Payments made under an interim
       disbursement
       Administrative expenses
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Joseph A. Baldi, Trustee_____
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 09-26182 | ERW | Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | KOBYLINSKI, THOMAS V. | | | Date Filed (f) or Converted (c): | 07/20/09 (f) |
| | | | | 341(a) Meeting Date: | 08/28/09 |
| For Period Ending: | 04/21/11 | | | Claims Bar Date: | 02/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2527 Hicks Lot 19 San Antonio, TX<br>Trustee consulted with realtor in San Antonio, TX; determined that there was no market for the sale of this property; abandoned per order 3/10/11 | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 2. 2527 Hicks Lot 18 San Antonio, TX<br>Trustee consulted with realtor in San Antonio, TX; determined that there was no market for the sale of this property; abandoned per order 3/10/11 | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 3. 2519 Hicks Lot 17 San Antonio, TX<br>Trustee consulted with realtor in San Antonio, TX; determined that there was no market for the sale of this property; abandoned per order 3/10/11 | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 4. 2519 Hicks Lot 16 San Antonio, TX<br>Trustee consulted with realtor in San Antonio, TX; determined that there was no market for the sale of this property; abandoned per order 3/10/11 | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 5. 8515 Marmora Morton Grove, IL 60053 Primary Reside<br>liens exceed market value-no equity | 500,000.00 | 0.00 | | 0.00 | FA |
| 6. 7649 W. Gregory Chicago, IL 60656 Rental Property<br>liens exceed market value-no equity | 330,000.00 | 0.00 | | 0.00 | FA |
| 7. 7655 W. Farruget Chicago, IL 60656 Rental Property<br>liens exceed market value-no equity | 330,000.00 | 0.00 | | 0.00 | FA |
| 8. LaSalle Bank- checking | 1,800.00 | 0.00 | | 0.00 | FA |
| 9. LaSalle Bank- checking | 193.00 | 0.00 | | 0.00 | FA |
| 10. Basic household goods and furniture, all more than | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Normal clothing | 250.00 | 0.00 | | 0.00 | FA |
| 12. watch, wedding ring | 300.00 | 0.00 | | 0.00 | FA |

Case 09-26182 Doc 70 Filed 05/13/11 Entered 05/13/11 10:43:09 Desc Main
Document Page 4 of 12

FORM 1

Page: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

Case No: 09-26182 ERW Judge: Eugene R. Wedoff  Trustee Name: Joseph A. Baldi, Trustee
Case Name: KOBYLINSKI, THOMAS V.  Date Filed (f) or Converted (c): 07/20/09 (f)
 341(a) Meeting Date: 08/28/09
 Claims Bar Date: 02/18/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. State Farm Insurance Company- CSV | 20,000.00 | 0.00 | | 0.00 | FA |
| 14. Commercial Capital Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 15. Absolute Enterprises International Inc. (owns computer 2200 and copier) | 150.00 | 0.00 | | 0.00 | FA |
| 16. BSTB Holding LLC- owns vacant farmland (approx. 20 BSTB Holding LLC- owns vacant farmland (approx. 20 acres) in Newark IL. Similar acreage is current listed for between $8,800 per acre and $12,500 per acre. At $12,500 per acre, value of land is $250,000.00. There is mortgage in favor of Castle Bank in the amount of approximately $305,000 against the property. | 0.00 | 0.00 | | 0.00 | FA |
| 17. Tom Kobylinski and Absolute Commercial v. Antanna --trustee obtain court authority to settle | 0.00 | 7,000.00 | | 7,000.00 | FA |
| 18. 2000 Cadillac Seville | 3,000.00 | 0.00 | | 0.00 | FA |
| 19. 2004 Lexus ES 330 | 14,000.00 | 0.00 | | 0.00 | FA |
| 20. 1996 Ford Probe- mom drives | 500.00 | 0.00 | | 0.00 | FA |
| 21. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.31 | Unknown |

 Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values) $1,212,193.00 $7,000.00 $7,002.31 $0.00
 (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee settled a claim to recover the Debtor's interest in Antanna Land Co. LLC; the settlement was approved by the
Court in January 2010; Trustee investigated Debtor's interest in vacant lots located in San Antonio Texas; Trustee will
seek to abandon those lots and thereafter prepare his TFR

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 09-26182   ERW   Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | KOBYLINSKI, THOMAS V. | Date Filed (f) or Converted (c): | 07/20/09 (f) |
| | | 341(a) Meeting Date: | 08/28/09 |
| | | Claims Bar Date: | 02/18/10 |

Initial Projected Date of Final Report (TFR): 09/30/11    Current Projected Date of Final Report (TFR): 09/30/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 09-26182 -ERW | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | KOBYLINSKI, THOMAS V. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6257  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4829 | | | |
| For Period Ending: | 04/21/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/08/10 | 17 | Antanka Land Company | Settlement Proceeds | 1149-000 | 7,000.00 | | 7,000.00 |
| | | **National City Bank official bank check | | | | | |
| 01/29/10 | 21 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 7,000.11 |
| 02/26/10 | 21 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 7,000.27 |
| 03/31/10 | 21 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,000.45 |
| 04/30/10 | 21 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,000.62 |
| 05/28/10 | 21 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,000.79 |
| 06/30/10 | 21 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,000.97 |
| 07/30/10 | 21 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,001.14 |
| 08/31/10 | 21 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,001.32 |
| 09/30/10 | 21 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,001.49 |
| 10/29/10 | 21 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,001.67 |
| 11/30/10 | 21 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,001.84 |
| 12/31/10 | 21 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,002.02 |
| 01/31/11 | 21 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,002.20 |
| 02/28/11 | 21 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 7,002.25 |
| 03/16/11 | | Transfer to Acct #*******6823 | Bank Funds Transfer | 9999-000 | | 9.73 | 6,992.52 |
| 03/31/11 | 21 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,992.58 |

| | Account *******6257 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 1 | | Deposits | 7,000.00 | 0 | Checks | 0.00 |
| 15 | | Interest Postings | 2.31 | 0 | Adjustments Out | 0.00 |
| | | Subtotal | $   7,002.31 | 1 | Transfers Out | 9.73 |
| | | | | | Total | $   9.73 |
| 0 | | Adjustments In | 0.00 | | | |
| 0 | | Transfers In | 0.00 | | | |
| | | Total | $   7,002.31 | | | |

UST Form 101-7-TFR (10/1/2010) *(Page: 6)*

LFORM2T4

Ver: 16.02b

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-26182 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | KOBYLINSKI, THOMAS V. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6823  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4829 | | |
| For Period Ending: | 04/21/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/11 | | Transfer from Acct #*******6257 | Bank Funds Transfer | 9999-000 | 9.73 | | 9.73 |
| 03/16/11 | 001001 | International Sureties | Bond Premium | 2300-000 | | 9.73 | 0.00 |
| | | 701 Poydras Street  #420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |

```
            Account  *******6823     Balance Forward        0.00
                                0    Deposits               0.00      1   Checks              9.73
                                0    Interest Postings      0.00      0   Adjustments Out     0.00
                                                                      0   Transfers Out       0.00
                                     Subtotal         $     0.00
                                                                                  Total    $  9.73
                                0    Adjustments In         0.00
                                1    Transfers In           9.73

                                     Total            $     9.73


            Report Totals           Balance Forward        0.00
                                1    Deposits           7,000.00      1   Checks              9.73
                               15    Interest Postings      2.31      0   Adjustments Out     0.00
                                                                      1   Transfers Out       9.73
                                     Subtotal         $ 7,002.31
                                                                                  Total    $ 19.46
                                0    Adjustments In         0.00
                                1    Transfers In           9.73

                                     Total            $ 7,012.04      Net Total Balance    $ 6,992.58
```

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-26182 | | Page 1 | | | Date: April 23, 2011 |
|---|---|---|---|---|---|---|
| Debtor Name: | KOBYLINSKI, THOMAS V. | | Priority Sequence (No Pay Hold) | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 2100-00 | JOSEPH A. BALDI, as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $1,450.23 | $1,450.23 |
| 001 3110-00 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Administrative | | $0.00 | $3,951.00 | $3,951.00 |
| 001 3120-00 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Administrative | | $0.00 | $40.08 | $40.08 |
| BOND 001 2300-00 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $9.73 | $9.73 |
| 000001 050 4700-00 | COOK COUNTY TREASURER'S OFFICE<br>LEGAL DEPARTMENT<br>118 NORTH CLARK STREET - ROOM 112<br>CHICAGO, IL 60602 | Secured | Claim withdrawn 3/31/11<br>(1-1) REAL ESTATE TAXES | $2,256.00 | $0.00 | $0.00 |
| 000007 050 4700-00 | Bexar County<br>c/o David G. Aelvoet<br>711 Navarro Suite 300<br>San Antonio, TX 78205 | Secured | claim withdrawn 3/21/11 | $1,029.00 | $0.00 | $0.00 |
| 000008 050 4700-00 | City of San Antonio<br>c/o David G. Aelvoet<br>711 Navarro Suite 300<br>San Antonio, TX 78205 | Secured | claim withdrawn 3/21/11 | $0.00 | $0.00 | $0.00 |
| 000002 070 7100-00 | AMERICAN INFOSOURCE AGENT FOR TARGET<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $1,108.89 | $1,406.02 | $1,406.02 |
| 000003 070 7100-00 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (3-1) CREDIT CARD DEBT | $89,556.00 | $89,556.37 | $89,556.37 |
| 000004 070 7100-00 | PYOD LLC as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $1,407.00 | $1,783.00 | $1,783.00 |
| 000005 070 7100-00 | PYOD LLC Assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $0.00 | $3,077.60 | $3,077.60 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: 09-26182 | | Page 2 | | | Date: April 23, 2011 |
| Debtor Name: KOBYLINSKI, THOMAS V. | | Priority Sequence (No Pay Hold) | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000006 070 7100-00 | American Express Bank, FSB POB 3001 Malvern, PA 19355-0701 | Unsecured | (6-1) CREDIT CARD DEBT | $6,278.00 | $6,640.84 | $6,640.84 |
| 000009 070 7100-00 | US Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | Unsecured | (9-1) signature loan | $48,015.00 | $50,164.08 | $50,164.08 |
| 000010 070 7100-00 | US Bank N.A. P.O. Box 5229 Cincinnati, OH 45201 | Unsecured | (10-1) credit card 1545 | $10,038.00 | $10,952.09 | $10,952.09 |
| 000011 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $32,002.00 | $38,803.90 | $38,803.90 |
| 000012 070 7100-00 | Chase Bank P.O. Box 15145 Wilmington, DE 19850 | Unsecured | | $11,227.00 | $12,263.29 | $12,263.29 |
| 000013 070 7100-00 | Chase Bank P.O. Box 15145 Wilmington, DE 19850 | Unsecured | | $1,471.00 | $1,613.71 | $1,613.71 |
| 000014 070 7100-00 | Chase Bank P.O. Box 15145 Wilmington, DE 19850 | Unsecured | | $5,146.00 | $5,296.73 | $5,296.73 |
| 000015 070 7100-00 | Chase Bank P.O. Box 15145 Wilmington, DE 19850 | Unsecured | | $15,863.00 | $16,454.06 | $16,454.06 |
| | Case Totals: | | | $225,396.89 | $243,462.73 | $243,462.73 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-26182
Case Name: KOBYLINSKI, THOMAS V.
Trustee Name: Joseph A. Baldi, Trustee

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | COOK COUNTY TREASURER'S OFFICE | $ | $ | $ | $ |
| 000007 | Bexar County | $ | $ | $ | $ |
| 000008 | City of San Antonio | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

UST Form 101-7-TFR (10/1/2010) *(Page: 10)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | AMERICAN INFOSOURCE AGENT FOR TARGET | $ | $ | $ |
| 000003 | American Express Bank, FSB | $ | $ | $ |
| 000004 | PYOD LLC as assignee of Citibank | $ | $ | $ |
| 000005 | PYOD LLC Assignee of Citibank | $ | $ | $ |
| 000006 | American Express Bank, FSB | $ | $ | $ |
| 000009 | US Bank N.A. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | US Bank N.A. | $ | $ | $ |
| 000011 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ | $ |
| 000012 | Chase Bank | $ | $ | $ |
| 000013 | Chase Bank | $ | $ | $ |
| 000014 | Chase Bank | $ | $ | $ |
| 000015 | Chase Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE