Hearing Date: June 15, 2011
Hearing Time: 10:00 a.m.
Location: 219 S. Dearborn St., Courtroom 744
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| KOBYLINSKI, THOMAS V. | § | Case No. 09-26182 |
| | § | |
| Debtor | § | Hon. Eugene R. Wedoff |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

10:00 a.m.
on Wednesday, June 15, 2011
in Courtroom 744, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Kenneth Gardner_____
                                      Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
KOBYLINSKI, THOMAS V. §   Case No. 09-26182
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 7,002.31 |
| and approved disbursements of | $ | 9.73 |
| leaving a balance on hand of[1] | $ | 6,992.58 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000001 | COOK COUNTY TREASURER'S OFFICE | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000007 | Bexar County | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008 | City of San Antonio | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---:|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 6,992.58 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,450.23 | $ 0.00 | $ 1,450.23 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 3,951.00 | $ 0.00 | $ 3,951.00 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ 40.08 | $ 0.00 | $ 40.08 |
| Other: International Sureties | $ 9.73 | $ 9.73 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     5,441.31

Remaining Balance     $     1,551.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 238,011.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | AMERICAN INFOSOURCE AGENT FOR TARGET | $ 1,406.02 | $ 0.00 | $ 9.16 |
| 000003 | American Express Bank, FSB | $ 89,556.37 | $ 0.00 | $ 583.69 |
| 000004 | PYOD LLC as assignee of Citibank | $ 1,783.00 | $ 0.00 | $ 11.62 |
| 000005 | PYOD LLC Assignee of Citibank | $ 3,077.60 | $ 0.00 | $ 20.06 |
| 000006 | American Express Bank, FSB | $ 6,640.84 | $ 0.00 | $ 43.29 |
| 000009 | US Bank N.A. | $ 50,164.08 | $ 0.00 | $ 326.95 |
| 000010 | US Bank N.A. | $ 10,952.09 | $ 0.00 | $ 71.38 |
| 000011 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 38,803.90 | $ 0.00 | $ 252.91 |
| 000012 | Chase Bank | $ 12,263.29 | $ 0.00 | $ 79.93 |
| 000013 | Chase Bank | $ 1,613.71 | $ 0.00 | $ 10.52 |
| 000014 | Chase Bank | $ 5,296.73 | $ 0.00 | $ 34.52 |
| 000015 | Chase Bank | $ 16,454.06 | $ 0.00 | $ 107.24 |

Total to be paid to timely general unsecured creditors       $ 1,551.27

Remaining Balance       $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: mflowers | Date Created: 5/16/2011 |
| Case: 09−26182 | Form ID: pdf006 | Total: 59 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

```
db           Thomas V. Kobylinski        8515 Marmora          Morton Grove, IL 60053
tr           Joseph A Baldi, Tr      Joseph Baldi &Associates       19 S Lasalle Street Suite 1500        Chicago, IL 60603
aty          Gina B Krol, ESQ        Cohen &Krol        105 West Madison Street #1100        Chicago, IL 60602
aty          Joseph A Baldi       Baldi Berg &Wallace, Ltd.       19 S Lasalle Street Suite 1500       Chicago, IL 60603
aty          Joseph A Baldi, Tr      Joseph Baldi &Associates       19 S Lasalle Street Suite 1500        Chicago, IL 60603
aty          Yan Teytelman        Cohen &Krol        105 West Madison St.       Suite 1100       Chicago, IL 60602
14758029     AMERICAN INFOSOURCE LP AS AGENT FOR         TARGET       PO Box 248866        Oklahoma City, OK
             73124−8866
14182776     AT       PO Box 44167        Jacksonville, FL 32231−4167
14182774     Amercian Express        PO Box 0001        Los Angeles, CA 90096−8000
14182775     American Express        PO Box 0001        Morton Grove, IL 60053−3311
14813592     American Express Bank, FSB       POB 3001        Malvern, PA 19355−0701
14823082     American Express Bank, FSB       POB 3001        Malvern, PA 19355−0701
14182779     Bank of America        Business Card       PO Box 15710        Wilmington, DE 19886−5710
14182777     Bank of America        PO Box 15710        Wilmington, DE 19886−5710
14182778     Bank of America        PO Box 15710        Wilmington, DE 19886−5710
14379846     Bank of America        POB 15019        Wilmington, DE 19886
14960934     Bexar County        c/o David G. Aelvoet        711 Navarro Suite 300       San Antonio, TX 78205
14960954     Bexar County        c/o David G. Aelvoet        711 Navarro Suite 300       San Antonio, TX 78205
14182780     Bexar County Tax Assesor−Collector       PO Box 839950        San Antonio, TX 78283−3950
14335322     COOK COUNTY TREASURER'S OFFICE         LEGAL DEPARTMENT         118 NORTH CLARK STREET −
             ROOM 112        CHICAGO, IL 60602
14182781     Capital One       PO Box 105474        Atlanta, GA 30348−5474
14182782     Carson Pirie Scott       PO Box 15521        Wilmington, DE 19850−5521
14182783     Castle Bank       PO Box 867        Dekalb, IL 60115
14182785     Chase       Cardmember Service       PO Box 15153        Wilmington, DE 19886−5153
14182786     Chase       Cardmember Service       PO Box 15153        Wilmington, DE 19886−5153
14182787     Chase       Cardmember Service       PO Box 15153        Wilmington, DE 19886−5153
14182788     Chase       Cardmember Service       PO Box 15153        Wilmington, DE 19886−5153
14182784     Chase       Cardmember Service       PO Pox 15153        Wilmington, DE 19886−5153
15100610     Chase Bank        P.O. Box 15145        Wilmington, DE 19850
14182791     CitiMortgage        PO Box 183040        Columbus, OH 43218−3040
14182792     CitiMortgage        PO Box 183040        Columbus, OH 43218−3040
14254916     CitiMortgage, Inc       1000 Technology Drive       O Fallon, Missouri 63368−2240
14182789     Citibank       PO Box 6000       The Lakes, NV 89163−6000
14182790     Citibusiness       PO Box 688901        Des Moines, IA 50368−8901
14182793     City of Chicago Water        PO Box 6330        Chicago, IL 60680−6330
14182794     City of Chicago Water        PO Box 6330        Chicago, IL 60680−6330
14182795     City of San Antonio       Finance Department       PO Box 839975       San Antonio, TX 78283−3975
14960950     City of San Antonio        c/o David G. Aelvoet        711 Navarro Suite 300       San Antonio, TX 78205
14960955     City of San Antonio        c/o David G. Aelvoet        711 Navarro Suite 300       San Antonio, TX 78205
14182796     Commercial Capital Inc.        8515 Marmora Ave.       Morton Grove, IL 60053−3311
14182797     Cook County Treasurer       PO Box 4468        Carol Stream, IL 60197−4468
14182798     Cook County Treasurer       PO Box 4468        Carol Stream, IL 60197−4468
14182799     Dennis Barney and Ellen J. Zyniewic        7655 W. Farragut       Chicago, IL 60656
15070539     FIA CARD SERVICES, NA/BANK OF AMERICA          BY AMERICAN INFOSOURCE LP AS ITS
             AGENT       PO Box 248809        Oklahoma City, OK 73124−8809
14182800     Home Pages        American Marketing and Publishing       PO Box 982        Dekalb, IL 60115
14182801     IndyMac Bank        7655 W. Farragut Ave.       Chicago, IL 60656
14182802     IndyMac Bank        7655 W. Farragut Ave.       Chicago, IL 60656
14182803     IndyMac Bank        7655 W. Farragut Ave.       Chicago, IL 60656
14182804     Laredo National Bank        700 San Bernardo Avenue       Laredo, TX 78040
14813746     PYOD LLC its successors and assigns as assignee of       Citibank       c/o Resurgent Capital Services       PO
             Box 19008       Greenville, SC 29602−
14182805     Robert L. Barney II       7655 W. Farragut       Chicago, IL 60656
14182806     Shane Burton and Joshua J. Sanchez        7649 W. Gregory St.       Chicago, IL 60656
14182807     State Farm Insuarance Co.        Insurance Support Center       PO Box 680001       Dallas, TX
             75368−0001
14182808     Target       P.O. Box 59317        Minneapolis, MN 55459−0317
14182809     US Bank       Burbank Office        PO Box 790179       Saint Louis, MO 63179−0179
14182810     US Bank       PO Box 79048        Saint Louis, MO 63179−0408
15044898     US Bank N.A.        P.O. Box 5229        Cincinnati, OH 45201
14182811     Wells Fargo        Payment Remittance Center        PO Box 54349       Los Angeles, CA 90054−0349
14182812     Wells Fargo        Payment Remittance Center        PO Box 54349       Los Angeles, CA 90054−0349
```

TOTAL: 59