Hearing Date: June 15, 2011
Hearing Time: 10:00 a.m.
Location: 219 S. Dearborn St., Courtroom 744
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| KOBYLINSKI, THOMAS V. | § | Case No. 09-26182 |
| | § | |
| Debtor | § | Hon. Eugene R. Wedoff |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

10:00 a.m.
on Wednesday, June 15, 2011
in Courtroom   744, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth Gardner
                                              Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
KOBYLINSKI, THOMAS V. § Case No. 09-26182
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,002.31 |
| and approved disbursements of | $ | 9.73 |
| leaving a balance on hand of[1] | $ | 6,992.58 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000001 | COOK COUNTY TREASURER'S OFFICE | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000007 | Bexar County | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008 | City of San Antonio | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 6,992.58 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,450.23 | $ 0.00 | $ 1,450.23 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 3,951.00 | $ 0.00 | $ 3,951.00 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ 40.08 | $ 0.00 | $ 40.08 |
| Other: International Sureties | $ 9.73 | $ 9.73 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $ 5,441.31

Remaining Balance     $ 1,551.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 238,011.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | AMERICAN INFOSOURCE AGENT FOR TARGET | $ 1,406.02 | $ 0.00 | $ 9.16 |
| 000003 | American Express Bank, FSB | $ 89,556.37 | $ 0.00 | $ 583.69 |
| 000004 | PYOD LLC as assignee of Citibank | $ 1,783.00 | $ 0.00 | $ 11.62 |
| 000005 | PYOD LLC Assignee of Citibank | $ 3,077.60 | $ 0.00 | $ 20.06 |
| 000006 | American Express Bank, FSB | $ 6,640.84 | $ 0.00 | $ 43.29 |
| 000009 | US Bank N.A. | $ 50,164.08 | $ 0.00 | $ 326.95 |
| 000010 | US Bank N.A. | $ 10,952.09 | $ 0.00 | $ 71.38 |
| 000011 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 38,803.90 | $ 0.00 | $ 252.91 |
| 000012 | Chase Bank | $ 12,263.29 | $ 0.00 | $ 79.93 |
| 000013 | Chase Bank | $ 1,613.71 | $ 0.00 | $ 10.52 |
| 000014 | Chase Bank | $ 5,296.73 | $ 0.00 | $ 34.52 |
| 000015 | Chase Bank | $ 16,454.06 | $ 0.00 | $ 107.24 |

Total to be paid to timely general unsecured creditors     $     1,551.27

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____
                                  Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: mflowers | Date Created: 5/16/2011 |
| Case: 09−26182 | Form ID: pdf006 | Total: 59 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Thomas V. Kobylinski | 8515 Marmora   Morton Grove, IL 60053 |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates   19 S Lasalle Street Suite 1500   Chicago, IL 60603 |
| aty | Gina B Krol, ESQ | Cohen &Krol   105 West Madison Street #1100   Chicago, IL 60602 |
| aty | Joseph A Baldi | Baldi Berg &Wallace, Ltd.   19 S Lasalle Street Suite 1500   Chicago, IL 60603 |
| aty | Joseph A Baldi, Tr | Joseph Baldi &Associates   19 S Lasalle Street Suite 1500   Chicago, IL 60603 |
| aty | Yan Teytelman | Cohen &Krol   105 West Madison St.   Suite 1100   Chicago, IL 60602 |
| 14758029 | AMERICAN INFOSOURCE LP AS AGENT FOR | TARGET   PO Box 248866   Oklahoma City, OK 73124−8866 |
| 14182776 | AT | PO Box 44167   Jacksonville, FL 32231−4167 |
| 14182774 | Amercian Express | PO Box 0001   Los Angeles, CA 90096−8000 |
| 14182775 | American Express | PO Box 0001   Morton Grove, IL 60053−3311 |
| 14813592 | American Express Bank, FSB | POB 3001   Malvern, PA 19355−0701 |
| 14823082 | American Express Bank, FSB | POB 3001   Malvern, PA 19355−0701 |
| 14182779 | Bank of America | Business Card   PO Box 15710   Wilmington, DE 19886−5710 |
| 14182777 | Bank of America | PO Box 15710   Wilmington, DE 19886−5710 |
| 14182778 | Bank of America | PO Box 15710   Wilmington, DE 19886−5710 |
| 14379846 | Bank of America | POB 15019   Wilmington, DE 19886 |
| 14960934 | Bexar County | c/o David G. Aelvoet   711 Navarro Suite 300   San Antonio, TX 78205 |
| 14960954 | Bexar County | c/o David G. Aelvoet   711 Navarro Suite 300   San Antonio, TX 78205 |
| 14182780 | Bexar County Tax Assesor−Collector | PO Box 839950   San Antonio, TX 78283−3950 |
| 14335322 | COOK COUNTY TREASURER'S OFFICE | LEGAL DEPARTMENT   118 NORTH CLARK STREET − ROOM 112   CHICAGO, IL 60602 |
| 14182781 | Capital One | PO Box 105474   Atlanta, GA 30348−5474 |
| 14182782 | Carson Pirie Scott | PO Box 15521   Wilmington, DE 19850−5521 |
| 14182783 | Castle Bank | PO Box 867   Dekalb, IL 60115 |
| 14182785 | Chase | Cardmember Service   PO Box 15153   Wilmington, DE 19886−5153 |
| 14182786 | Chase | Cardmember Service   PO Box 15153   Wilmington, DE 19886−5153 |
| 14182787 | Chase | Cardmember Service   PO Box 15153   Wilmington, DE 19886−5153 |
| 14182788 | Chase | Cardmember Service   PO Box 15153   Wilmington, DE 19886−5153 |
| 14182784 | Chase | Cardmember Service   PO Pox 15153   Wilmington, DE 19886−5153 |
| 15100610 | Chase Bank | P.O. Box 15145   Wilmington, DE 19850 |
| 14182791 | CitiMortgage | PO Box 183040   Columbus, OH 43218−3040 |
| 14182792 | CitiMortgage | PO Box 183040   Columbus, OH 43218−3040 |
| 14254916 | CitiMortgage, Inc | 1000 Technology Drive   O Fallon, Missouri 63368−2240 |
| 14182787 | Citibank | PO Box 6000   The Lakes, NV 89163−6000 |
| 14182790 | Citibusiness | PO Box 688901   Des Moines, IA 50368−8901 |
| 14182793 | City of Chicago Water | PO Box 6330   Chicago, IL 60680−6330 |
| 14182794 | City of Chicago Water | PO Box 6330   Chicago, IL 60680−6330 |
| 14182795 | City of San Antonio | Finance Department   PO Box 839975   San Antonio, TX 78283−3975 |
| 14960950 | City of San Antonio | c/o David G. Aelvoet   711 Navarro Suite 300   San Antonio, TX 78205 |
| 14960955 | City of San Antonio | c/o David G. Aelvoet   711 Navarro Suite 300   San Antonio, TX 78205 |
| 14182796 | Commercial Capital Inc. | 8515 Marmora Ave.   Morton Grove, IL 60053−3311 |
| 14182797 | Cook County Treasurer | PO Box 4468   Carol Stream, IL 60197−4468 |
| 14182798 | Cook County Treasurer | PO Box 4468   Carol Stream, IL 60197−4468 |
| 14182799 | Dennis Barney and Ellen J. Zyniewic | 7655 W. Farragut   Chicago, IL 60656 |
| 15070539 | FIA CARD SERVICES, NA/BANK OF AMERICA | BY AMERICAN INFOSOURCE LP AS ITS AGENT   PO Box 248809   Oklahoma City, OK 73124−8809 |
| 14182800 | Home Pages | American Marketing and Publishing   PO Box 982   Dekalb, IL 60115 |
| 14182801 | IndyMac Bank | 7655 W. Farragut Ave.   Chicago, IL 60656 |
| 14182802 | IndyMac Bank | 7655 W. Farragut Ave.   Chicago, IL 60656 |
| 14182803 | IndyMac Bank | 7655 W. Farragut Ave.   Chicago, IL 60656 |
| 14182804 | Laredo National Bank | 700 San Bernardo Avenue   Laredo, TX 78040 |
| 14813746 | PYOD LLC its successors and assigns as assignee of | Citibank   c/o Resurgent Capital Services   PO Box 19008   Greenville, SC 29602− |
| 14182805 | Robert L. Barney II | 7655 W. Farragut   Chicago, IL 60656 |
| 14182806 | Shane Burton and Joshua J. Sanchez | 7649 W. Gregory St.   Chicago, IL 60656 |
| 14182807 | State Farm Insuarance Co. | Insurance Support Center   PO Box 680001   Dallas, TX 75368−0001 |
| 14182808 | Target | P.O. Box 59317   Minneapolis, MN 55459−0317 |
| 14182809 | US Bank | Burbank Office   PO Box 790179   Saint Louis, MO 63179−0179 |
| 14182810 | US Bank | PO Box 79048   Saint Louis, MO 63179−0408 |
| 15044898 | US Bank N.A. | P.O. Box 5229   Cincinnati, OH 45201 |
| 14182811 | Wells Fargo | Payment Remittance Center   PO Box 54349   Los Angeles, CA 90054−0349 |
| 14182812 | Wells Fargo | Payment Remittance Center   PO Box 54349   Los Angeles, CA 90054−0349 |

TOTAL: 59

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-26182-ERW
Thomas V. Kobylinski                                                    Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers               Page 1 of 2                  Date Rcvd: May 17, 2011
                              Form ID: pdf002              Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2011.
db           +Thomas V. Kobylinski,    8515 Marmora,    Morton Grove, IL 60053-3311
aty          +Gina B Krol, ESQ,   Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
aty          +Joseph A Baldi,   Baldi Berg & Wallace, Ltd.,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Yan Teytelman,    Cohen & Krol,   105 West Madison St.,    Suite 1100,   Chicago, IL 60602-4600
tr           +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
14182776      AT&T,    PO Box 44167,    Jacksonville, FL 32231-4167
14182774      Amercian Express,   PO Box 0001,    Los Angeles, CA 90096-8000
14182775     +American Express,   PO Box 0001,    Morton Grove, IL 60053-0001
14813592      American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14379846     +Bank of America,   POB 15019,    Wilmington, DE 19886-5019
14182779      Bank of America,   Business Card,    PO Box 15710,    Wilmington, DE 19886-5710
14182777      Bank of America,   PO Box 15710,    Wilmington, DE 19886-5710
14960934     +Bexar County,   c/o David G. Aelvoet,    711 Navarro Suite 300,    San Antonio, TX 78205-1749
14182780      Bexar County Tax Assesor-Collector,    PO Box 839950,    San Antonio, TX 78283-3950
14335322     +COOK COUNTY TREASURER'S OFFICE,    LEGAL DEPARTMENT,   118 NORTH CLARK STREET - ROOM 112,
               CHICAGO, IL 60602-1332
14182781      Capital One,   PO Box 105474,   Atlanta, GA 30348-5474
14182782      Carson Pirie Scott,    PO Box 15521,   Wilmington, DE 19850-5521
14182783     +Castle Bank,   PO Box 867,    Dekalb, IL 60115-0867
14182785      Chase,    Cardmember Service,   PO Box 15153,    Wilmington, DE 19886-5153
14182784      Chase,    Cardmember Service,   PO Pox 15153,    Wilmington, DE 19886-5153
15100610     +Chase Bank,   P.O. Box 15145,    Wilmington, DE 19850-5145
14182791      CitiMortgage,   PO Box 183040,    Columbus, OH 43218-3040
14254916      CitiMortgage, Inc,    1000 Technology Drive,   O Fallon, Missouri 63368-2240
14182789      Citibank,   PO Box 6000,    The Lakes, NV 89163-6000
14182790      Citibusiness,   PO Box 688901,    Des Moines, IA 50368-8901
14182793      City of Chicago Water,    PO Box 6330,   Chicago, IL 60680-6330
14182795      City of San Antonio,    Finance Department,   PO Box 839975,    San Antonio, TX 78283-3975
14960950     +City of San Antonio,    c/o David G. Aelvoet,   711 Navarro Suite 300,
               San Antonio, TX 78205-1749
14182796      Commercial Capital Inc.,    8515 Marmora Ave.,   Morton Grove, IL 60053-3311
14182797      Cook County Treasurer,    PO Box 4468,   Carol Stream, IL 60197-4468
14182799     +Dennis Barney and Ellen J. Zyniewic,    7655 W. Farragut,    Chicago, IL 60656-1703
14182800     +Home Pages,   American Marketing and Publishing,    PO Box 982,   Dekalb, IL 60115-0982
14182801     +IndyMac Bank,   7655 W. Farragut Ave.,    Chicago, IL 60656-1703
14813746     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
14182805     +Robert L. Barney II,    7655 W. Farragut,   Chicago, IL 60656-1703
14182806     +Shane Burton and Joshua J. Sanchez,    7649 W. Gregory St.,    Chicago, IL 60656-1727
14182807      State Farm Insuarance Co.,    Insurance Support Center,   PO Box 680001,    Dallas, TX 75368-0001
14182808      Target,   P.O. Box 59317,    Minneapolis, MN 55459-0317
14182809      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    Burbank Office,   PO Box 790179,
               Saint Louis, MO 63179-0179)
14182810      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    PO Box 79048,   Saint Louis, MO 63179-0408)
15044898      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank N.A.,    P.O. Box 5229,   Cincinnati, OH 45201)
14182811      Wells Fargo,   Payment Remittance Center,    PO Box 54349,   Los Angeles, CA 90054-0349

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14758029      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 18 2011 00:41:40
               AMERICAN INFOSOURCE LP AS AGENT FOR,    TARGET,    PO Box 248866,   Oklahoma City, OK  73124-8866
15070539      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 18 2011 00:41:37
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK  73124-8809
14182804     +E-mail/Text: Bankruptcy@BBVACompass.com May 18 2011 00:08:25     Laredo National Bank,
               700 San Bernardo Avenue,    Laredo, TX 78040-5025
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
14823082*     American Express Bank, FSB,    POB 3001,   Malvern, PA 19355-0701
14182778*     Bank of America,   PO Box 15710,    Wilmington, DE 19886-5710
14960954*    +Bexar County,   c/o David G. Aelvoet,    711 Navarro Suite 300,    San Antonio, TX 78205-1749
14182786*     Chase,    Cardmember Service,   PO Box 15153,    Wilmington, DE 19886-5153
14182787*     Chase,    Cardmember Service,   PO Box 15153,    Wilmington, DE 19886-5153
14182788*     Chase,    Cardmember Service,   PO Box 15153,    Wilmington, DE 19886-5153
14182792*     CitiMortgage,   PO Box 183040,    Columbus, OH 43218-3040
14182794*     City of Chicago Water,    PO Box 6330,   Chicago, IL 60680-6330

```
District/off: 0752-1          User: mflowers              Page 2 of 2                   Date Rcvd: May 17, 2011
                              Form ID: pdf002             Total Noticed: 45

              ***** BYPASSED RECIPIENTS (continued) *****
14960955*       +City of San Antonio,    c/o David G. Aelvoet,    711 Navarro Suite 300,
                  San Antonio, TX 78205-1749
14182798*        Cook County Treasurer,    PO Box 4468,    Carol Stream, IL 60197-4468
14182802*       +IndyMac Bank,    7655 W. Farragut Ave.,    Chicago, IL 60656-1703
14182803*       +IndyMac Bank,    7655 W. Farragut Ave.,    Chicago, IL 60656-1703
14182812*        Wells Fargo,    Payment Remittance Center,    PO Box 54349,    Los Angeles, CA 90054-0349
                                                                                           TOTALS: 0, * 14, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2011**              **Signature:**    _Joseph Speetjens_