UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
KOBYLINSKI, THOMAS V.                     §         Case No. 09-26182
                                          §
                                          §
          Debtor(s)                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:


Total Expenses of Administration:

---

  3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/Joseph A. Baldi, Trustee_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 |  |  |  |  |  |
|  | CitiMortgage PO Box 183040 Columbus, OH 43218-3040 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CitiMortgage PO Box 183040 Columbus, OH 43218-3040 | | | | | |
| | Cook County Treasurer PO Box 4468 Carol Stream, IL 60197-4468 | | | | | |
| | IndyMac Bank 7655 W. Farragut Ave. Chicago, IL 60656 | | | | | |
| | IndyMac Bank 7655 W. Farragut Ave. Chicago, IL 60656 | | | | | |
| | IndyMac Bank 7655 W. Farragut Ave. Chicago, IL 60656 | | | | | |
| | Wells Fargo Payment Remittance Center PO Box 54349 Los Angeles, CA 90054-0349 | | | | | |
| 000007 | BEXAR COUNTY | | | | | |
| 000008 | CITY OF SAN ANTONIO | | | | | |
| 000001 | COOK COUNTY TREASURER'S OFFICE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| BALDI BERG & WALLACE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T PO Box 44167 Jacksonville, FL 32231-4167 | | | | | |
| | Bank of America Business Card PO Box 15710 Wilmington, DE 19886-5710 | | | | | |
| | Bank of America PO Box 15710 Wilmington, DE 19886-5710 | | | | | |
| | Capital One PO Box 105474 Atlanta, GA 30348-5474 | | | | | |
| | Carson Pirie Scott PO Box 15521 Wilmington, DE 19850-5521 | | | | | |
| | Castle Bank PO Box 867 Dekalb, IL 60115 | | | | | |
| | Citibusiness PO Box 688901 Des Moines, IA 50368-8901 | | | | | |
| | City of Chicago Water PO Box 6330 Chicago, IL 60680-6330 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago Water PO Box 6330 Chicago, IL 60680-6330 | | | | | |
| | City of San Antonio Finance Department PO Box 839975 San Antonio, TX 78283-3975 | | | | | |
| | Home Pages American Marketing and Publishing PO Box 982 Dekalb, IL 60115 | | | | | |
| | Laredo National Bank 700 San Bernardo Avenue Laredo, TX 78040 | | | | | |
| | State Farm Insuarance Co. Insurance Support Center PO Box 680001 Dallas, TX 75368-0001 | | | | | |
| | Wells Fargo Payment Remittance Center PO Box 54349 Los Angeles, CA 90054-0349 | | | | | |
| 000002 | AMER. INFOSOURCE AGENT FOR TARGET | | | | | |
| 000006 | AMERICAN EXPRESS BANK, FSB | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000012 | CHASE BANK | | | | | |
| 000013 | CHASE BANK | | | | | |
| 000014 | CHASE BANK | | | | | |
| 000015 | CHASE BANK | | | | | |
| 000011 | FIA CARD SERV, NA/BANK OF AMERICA | | | | | |
| 000005 | PYOD LLC ASSIGNEE OF CITIBANK | | | | | |
| 000004 | PYOD LLC ASSIGNEE OF CITIBANK | | | | | |
| 000009 | US BANK N.A. | | | | | |
| 000010 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: 09-26182 ERW Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: KOBYLINSKI, THOMAS V. | Date Filed (f) or Converted (c): | 07/20/09 (f) |
| | 341(a) Meeting Date: | 08/28/09 |
| For Period Ending: 08/17/11 | Claims Bar Date: | 02/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2527 Hicks Lot 19 San Antonio, TX | 2,500.00 | 0.00 | OA | 0.00 | FA |
| Trustee consulted with realtor in San Antonio, TX; determined that there was no market for the sale of this property; abandoned per order 3/10/11 | | | | | |
| 2. 2527 Hicks Lot 18 San Antonio, TX | 2,500.00 | 0.00 | OA | 0.00 | FA |
| Trustee consulted with realtor in San Antonio, TX; determined that there was no market for the sale of this property; abandoned per order 3/10/11 | | | | | |
| 3. 2519 Hicks Lot 17 San Antonio, TX | 2,500.00 | 0.00 | OA | 0.00 | FA |
| Trustee consulted with realtor in San Antonio, TX; determined that there was no market for the sale of this property; abandoned per order 3/10/11 | | | | | |
| 4. 2519 Hicks Lot 16 San Antonio, TX | 2,500.00 | 0.00 | OA | 0.00 | FA |
| Trustee consulted with realtor in San Antonio, TX; determined that there was no market for the sale of this property; abandoned per order 3/10/11 | | | | | |
| 5. 8515 Marmora Morton Grove, IL 60053 Primary Reside | 500,000.00 | 0.00 | | 0.00 | FA |
| liens exceed market value-no equity | | | | | |
| 6. 7649 W. Gregory Chicago, IL 60656 Rental Property | 330,000.00 | 0.00 | | 0.00 | FA |
| liens exceed market value-no equity | | | | | |
| 7. 7655 W. Farruget Chicago, IL 60656 Rental Property | 330,000.00 | 0.00 | | 0.00 | FA |
| liens exceed market value-no equity | | | | | |
| 8. LaSalle Bank- checking | 1,800.00 | 0.00 | | 0.00 | FA |
| 9. LaSalle Bank- checking | 193.00 | 0.00 | | 0.00 | FA |
| 10. Basic household goods and furniture, all more than | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Normal clothing | 250.00 | 0.00 | | 0.00 | FA |
| 12. watch, wedding ring | 300.00 | 0.00 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Ver: 16.02b

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 09-26182 | ERW | Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | KOBYLINSKI, THOMAS V. | | | Date Filed (f) or Converted (c): | 07/20/09 (f) |
| | | | | 341(a) Meeting Date: | 08/28/09 |
| | | | | Claims Bar Date: | 02/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. State Farm Insurance Company- CSV | 20,000.00 | 0.00 | | 0.00 | FA |
| 14. Commercial Capital Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 15. Absolute Enterprises International Inc. | 150.00 | 0.00 | | 0.00 | FA |
| (owns computer 2200 and copier) | | | | | |
| 16. BSTB Holding LLC- owns vacant farmland (approx. 20 | 0.00 | 0.00 | | 0.00 | FA |
| BSTB Holding LLC- owns vacant farmland (approx. 20 acres) in Newark IL. Similar acreage is current listed for between $8,800 per acre and $12,500 per acre. At $12,500 per acre, value of land is $250,000.00. There is mortgage in favor of Castle Bank in the amount of approximately $305,000 against the property. | | | | | |
| 17. Tom Kobylinski and Absolute Commercial v. Antanna | 0.00 | 7,000.00 | | 7,000.00 | FA |
| --trustee obtain court authority to settle | | | | | |
| 18. 2000 Cadillac Seville | 3,000.00 | 0.00 | | 0.00 | FA |
| 19. 2004 Lexus ES 330 | 14,000.00 | 0.00 | | 0.00 | FA |
| 20. 1996 Ford Probe- mom drives | 500.00 | 0.00 | | 0.00 | FA |
| 21. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.46 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $1,212,193.00       $7,000.00       $7,002.46       $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee settled a claim to recover the Debtor's interest in Antanna Land Co. LLC; the settlement was approved by the

Court in January 2010; Trustee investigated Debtor's interest in vacant lots located in San Antonio Texas; Trustee

abandonned those lots per Order

Case 09-26182    Doc 79    Filed 09/14/11    Entered 09/14/11 08:28:31    Desc Main
Document      Page 11 of 16

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-26182    ERW    Judge: Eugene R. Wedoff | Trustee Name: Joseph A. Baldi, Trustee |
| Case Name: | KOBYLINSKI, THOMAS V. | Date Filed (f) or Converted (c): 07/20/09 (f) |
| | | 341(a) Meeting Date: 08/28/09 |
| | | Claims Bar Date: 02/18/10 |

Initial Projected Date of Final Report (TFR): 09/30/11    Current Projected Date of Final Report (TFR): 09/30/11

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-26182 -ERW | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | KOBYLINSKI, THOMAS V. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6257 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4829 | | | |
| For Period Ending: | 08/17/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 01/08/10 | 17 | Antanka Land Company<br>**National City Bank official bank check | Settlement Proceeds | 7,000.00 | | | | | 7,000.00 |
| 01/29/10 | 21 | Bank of America, N.A. | Interest Rate 0.030 | | 0.11 | | | | 7,000.11 |
| 02/26/10 | 21 | Bank of America, N.A. | Interest Rate 0.030 | | 0.16 | | | | 7,000.27 |
| 03/31/10 | 21 | Bank of America, N.A. | Interest Rate 0.030 | | 0.18 | | | | 7,000.45 |
| 04/30/10 | 21 | Bank of America, N.A. | Interest Rate 0.030 | | 0.17 | | | | 7,000.62 |
| 05/28/10 | 21 | Bank of America, N.A. | Interest Rate 0.030 | | 0.17 | | | | 7,000.79 |
| 06/30/10 | 21 | Bank of America, N.A. | Interest Rate 0.030 | | 0.18 | | | | 7,000.97 |
| 07/30/10 | 21 | Bank of America, N.A. | Interest Rate 0.030 | | 0.17 | | | | 7,001.14 |
| 08/31/10 | 21 | Bank of America, N.A. | Interest Rate 0.030 | | 0.18 | | | | 7,001.32 |
| 09/30/10 | 21 | Bank of America, N.A. | Interest Rate 0.030 | | 0.17 | | | | 7,001.49 |
| 10/29/10 | 21 | Bank of America, N.A. | Interest Rate 0.030 | | 0.18 | | | | 7,001.67 |
| 11/30/10 | 21 | Bank of America, N.A. | Interest Rate 0.030 | | 0.17 | | | | 7,001.84 |
| 12/31/10 | 21 | Bank of America, N.A. | Interest Rate 0.030 | | 0.18 | | | | 7,002.02 |
| 01/31/11 | 21 | Bank of America, N.A. | Interest Rate 0.030 | | 0.18 | | | | 7,002.20 |
| 02/28/11 | 21 | Bank of America, N.A. | Interest Rate 0.010 | | 0.05 | | | | 7,002.25 |
| 03/16/11 | | Transfer to Acct #*******6823 | Bank Funds Transfer | | | | | -9.73 | 6,992.52 |
| 03/31/11 | 21 | Bank of America, N.A. | Interest Rate 0.010 | | 0.06 | | | | 6,992.58 |
| 04/29/11 | 21 | Bank of America, N.A. | Interest Rate 0.010 | | 0.06 | | | | 6,992.64 |
| 05/31/11 | 21 | Bank of America, N.A. | Interest Rate 0.010 | | 0.06 | | | | 6,992.70 |
| 06/20/11 | 21 | Bank of America, N.A. | INTEREST REC'D FROM BANK | | 0.03 | | | | 6,992.73 |
| 06/20/11 | | Transfer to Acct #*******6823 | Final Posting Transfer<br>for final distribution | | | | | -6,992.73 | 0.00 |

LFORM2XT

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

Ver: 16.02b

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 09-26182 -ERW | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | KOBYLINSKI, THOMAS V. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6257  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4829 | | | |
| For Period Ending: | 08/17/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Account  *******6257 | Balance Forward | 0.00 | 0  Checks | 0.00 |
| 1  Deposits | 7,000.00 | 0  Adjustments Out | 0.00 |
| 18  Interest Postings | 2.46 | 2  Transfers Out | 7,002.46 |
| Subtotal | $  7,002.46 | | |
| | | Total | $  7,002.46 |
| 0  Adjustments In | 0.00 | | |
| 0  Transfers In | 0.00 | | |
| Total | $  7,002.46 | | |

LFORM2XT

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Ver: 16.02b

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-26182 -ERW | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | KOBYLINSKI, THOMAS V. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6823 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4829 | | | |
| For Period Ending: | 08/17/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 03/16/11 | | Transfer from Acct #*******6257 | Bank Funds Transfer | | | | | 9.73 | 9.73 |
| 03/16/11 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium | | | 9.73 | | | 0.00 |
| 06/20/11 | | Transfer from Acct #*******6257 | Transfer In From MMA Account<br>for final distribution | | | | | 6,992.73 | 6,992.73 |
| 06/20/11 | 001002 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation | | | 1,450.23 | | | 5,542.50 |
| 06/20/11 | 001003 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Attorney for Trustee Fees (Trustee | | | 3,951.00 | | | 1,591.50 |
| 06/20/11 | 001004 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Attorney for Trustee Expenses (Trus | | | 40.08 | | | 1,551.42 |
| 06/20/11 | 001005 | AMERICAN INFOSOURCE AGENT FOR TARGET<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000002, Payment 0.65% | | | 9.16 | | | 1,542.26 |
| 06/20/11 | 001006 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000003, Payment 0.65% | | | 583.75 | | | 958.51 |
| 06/20/11 | 001007 | PYOD LLC as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000004, Payment 0.65% | | | 11.62 | | | 946.89 |
| 06/20/11 | 001008 | PYOD LLC Assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000005, Payment 0.65% | | | 20.06 | | | 926.83 |

LFORM2XT

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Ver: 16.02b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 09-26182 -ERW | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | KOBYLINSKI, THOMAS V. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6823  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4829 | | | |
| For Period Ending: | 08/17/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 06/20/11 | 001009 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 0.65% | | | 43.29 | | | 883.54 |
| 06/20/11 | 001010 | US Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000009, Payment 0.65% | | | 326.98 | | | 556.56 |
| 06/20/11 | 001011 | US Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000010, Payment 0.65% | | | 71.39 | | | 485.17 |
| 06/20/11 | 001012 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000011, Payment 0.65% | | | 252.93 | | | 232.24 |
| 06/20/11 | 001013 | Chase Bank<br>P.O. Box 15145<br>Wilmington, DE 19850 | Claim 000012, Payment 0.65% | | | 79.94 | | | 152.30 |
| 06/20/11 | 001014 | Chase Bank<br>P.O. Box 15145<br>Wilmington, DE 19850 | Claim 000013, Payment 0.65% | | | 10.52 | | | 141.78 |
| 06/20/11 | 001015 | Chase Bank<br>P.O. Box 15145<br>Wilmington, DE 19850 | Claim 000014, Payment 0.65% | | | 34.53 | | | 107.25 |
| 06/20/11 | 001016 | Chase Bank<br>P.O. Box 15145<br>Wilmington, DE 19850 | Claim 000015, Payment 0.65% | | | 107.25 | | | 0.00 |

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-26182 -ERW | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | KOBYLINSKI, THOMAS V. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6823 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4829 | | | |
| For Period Ending: | 08/17/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

```
Account *******6823        Balance Forward         0.00
                         0 Deposits               0.00        16 Checks              7,002.46
                         0 Interest Postings      0.00         0 Adjustments Out         0.00
                                                               0 Transfers Out           0.00
                           Subtotal         $     0.00
                                                                 Total          $    7,002.46
                         0 Adjustments In         0.00
                         2 Transfers In       7,002.46

                           Total             $ 7,002.46


Report Totals              Balance Forward         0.00
                         1 Deposits            7,000.00        16 Checks              7,002.46
                        18 Interest Postings      2.46          0 Adjustments Out         0.00
                                                                2 Transfers Out       7,002.46
                           Subtotal         $ 7,002.46
                                                                  Total         $   14,004.92
                         0 Adjustments In         0.00
                         2 Transfers In       7,002.46

                           Total            $ 14,004.92          Net Total Balance  $     0.00
```

LFORM2XT

UST Form 101-7-TDR (10/1/2010) (Page: 16)

Ver: 16.02b